# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2051

_____

United States of America,           *
                                     *

        Appellee,        *    Appeal from the United States
                                     *    District Court for the Eastern
    v.                     *    District of Arkansas.
                                     *

Joseph Robbins,             *          [UNPUBLISHED]
                                     *

        Appellant.      *

_____

Submitted: April 7, 2006
Filed: April 7, 2006

_____

Before MELLOY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

Joseph Robbins appeals the 18-month prison sentence the district court[*] imposed after Robbins pleaded guilty to conspiracy to commit wire fraud. Robbins argues the court imposed an inappropriate sentence by relying on unresolved contested factual assertions in the presentence report (PSR).

Having carefully reviewed the record, we disagree. The district court resolved Robbins's timely written objections to the PSR, see Fed. R. Crim. P. 32(f)(1) ( time

_____

[*]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

to object to PSR), (i)(3)(B) (court's obligation to rule on disputed matters at sentencing), and took into account the corrections and additional information Robbins provided at sentencing. The matters the district court considered in setting the sentence were appropriate sentencing considerations. See 18 U.S.C. § 3553(a)(1) (nature and characteristics of offense; history and characteristics of defendant), (a)(2)(A-C) (seriousness of offense, promote respect for law; afford deterrence; protect public); United States v. Long Soldier, 431 F.3d 1120, 1123 (8th Cir. 2005) (relevant inquiry is whether court actually considered § 3553(a) factors and whether appellate court's review of factors leads it to conclude they support reasonableness of sentence). Accordingly, we affirm.

_____